FILED IN OPEN COURT
3/21/07 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07- 49M |
| ) | |
| MOHAMEDKAMAL KABIRA ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

   **NOW COMES** the United States and moves for the pretrial detention of the defendants, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

   1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   ___ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   _X_ Serious risk obstruction of justice

   2. **Reason For Detention**. The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

   _X_ Safety of any other person and the community

FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

    _X_ Probable cause to believe defendant(s) committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    ___ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __10__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

  _X_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  _X_ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __21st__ day of __March_____, 2007.

                                Respectfully submitted,

                                COLM F. CONNOLLY
                                United States Attorney

BY: _____
        Ilana H. Eisenstein
        Assistant United States Attorney