AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| MOHAMEDKAMAL KABIRA | CASE NUMBER: 07- 49M-MPT |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Mohamedkamal Kabira when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

*charging the Defendant with possession with intent to deliver Khat, a substance and mixture containing Cathine, a Schedule I drug, and Cathinone, a IV drug*

in violation of Title __21__ United States Code, Section (s) ___841(a)(1), (b)(1)(C), & (b)(2)___

Honorable Sue L. Robinson
Name of Issuing Officer

Chief United States District Judge
District of Delaware
Title of Issuing Officer

_____
Signature of Issuing Officer

March 21, 2007    Wilmington, DE
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3-21-07 | NAME AND TITLE OF ARRESTING OFFICER William Dowd, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-21-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE