IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: **07-49M-MPT** |
| ) | |
| **MOHAMEDKAMAL KABIRA** ) | |
| ) | |
| Defendant. ) | |

O R D E R

WHEREAS, this matter came before this Court on **MARCH 27, 2007** for the purpose of a preliminary hearing; and

WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant as to **Count II** of the Criminal Complaint against the laws of the United States;

IT IS ORDERED, that the defendant is held to await further action by the court. **Count I** of the Criminal Complaint is hereby **DISMISSED**.

Dated: 4/5/07

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge